IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID MICHAEL MULLINS,

    Plaintiff,

    v.                                      Civil Action No. 2:25-cv-01366-MJH

DUQUESNE UNIVERSITY;

ALICIA SIMPSON;

ADAM WASILKO;

ANNE MULLARKEY SAWA;

DANIEL SELCER,

    Defendants.

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of *Plaintiff's Motion for Leave to File Second Amended Complaint*, it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff shall file the Second Amended Complaint (attached as *Exhibit SAC* to the Motion) as the operative pleading within seven (7) days of this Order.

IT IS SO ORDERED.

2

_____

**Hon. Marilyn J. Horan**

United States District Judge

2