**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DAVID MULLINS,

               Plaintiff,

v.

DUQUESNE UNIVERSITY OF THE HOLY
SPIRIT, DANIEL SELCER,
ALICIA SIMPSON, ADAM WASILKO,
ANNE MULLARKEY SAWA,

               Defendants.

2:25-cv-1366-MJH

Judge Marilyn J. Horan

## CERTIFICATION REGARDING THE USE OF ARTIFICIAL INTELLIGENCE TOOLS

Through their undersigned counsel, Defendants file the following Certification Regarding the Use of Artificial Intelligence Tools in Conjunction with its Motion to Strike the Motion and Brief in Support of the Motion for Reconsideration filed by Plaintiff, David A. Mullins ("Plaintiff" or "Mullins"), and undersigned counsel hereinafter certifies:

1.      Beverly A. Block, Esquire, is lead trial counsel to Defendants, Duquesne University of the Holy Spirit, Daniel Selcer, Alicia Simpson, Adam Wasilko, and Anne Mullarkey Sawa (collectively, the "Defendants"), in the above-captioned matter.

2.      I used Thomson Reuters' web-based product, Westlaw Edge, as well as its artificial intelligence tool, CoCounsel (collectively hereinafter, "Westlaw"), to prepare the Motion and Brief in Support to Strike Plaintiff's Motion for Reconsideration, and Brief in Support of Plaintiff's Motion for Reconsideration (collectively, the "Motion for Reconsideration").

3.      However, I did not use Westlaw to replace my independent professional judgment or personal review of the Motion to Strike the Motion for Reconsideration.

4.      Specifically, I used Westlaw to retrieve, review, evaluate and distinguish all of the cases cited in Plaintiff's Motion for Reconsideration.

5.      However, I used my own words and legal expertise to draft the Motion to Strike.

6.      I personally reviewed and verified the accuracy of all factual statements, legal arguments, quotations, citations, legal authorities, and references contained in the Motion to Strike, including all content generated or assisted by Westlaw.

7.      In connection with the Motion to Strike, I independently checked the accuracy of all legal citations and quotations to ensure they accurately support the propositions for which they are cited.

8.      I did not knowingly include any fictitious, unsupported, or nonexistent legal authorities or quotations in the Motion to Strike.

9.      The Motion to Strike complies with all applicable court rules, ethical obligations, and Court orders governing the use of artificial intelligence or generative artificial intelligence in this matter.

Dated: May 22, 2026

*s/ Beverly A. Block*
Beverly A. Block, Esquire
Pa. I.D. No. 93406

**BLOCK & ASSOCIATES, LLC**
6514 Wilkins Avenue
Pittsburgh, PA 15217
(412) 532-8355
bblock@blockpgh.com
*Lead Trial Counsel for All Defendants*