**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| DAVID MULLINS, <br><br>         Plaintiff, <br><br> v. <br><br> DUQUESNE UNIVERSITY OF THE HOLY SPIRIT, DANIEL SELCER, ALICIA SIMPSON, ADAM WASILKO, ANNE MULLARKEY SAWA, <br><br>         Defendants. | 2:25-cv-1366-MJH <br><br> Judge Marilyn J. Horan |

**PROPOSED ORDER**

AND NOW, this \_\_\_ day of _____, 2026, it is hereby ORDERED that Defendants' Motion to Strike Plaintiff's Motion for Reconsideration, ECF No. \_\_\_\_, and the Brief filed in Support thereof, ECF No. \_\_\_\_ is GRANTED.

Plaintiff's Motion for Reconsideration of Plaintiff's Motion for Leave to File a Second Amended Complaint, ECF No. 47, and the Brief in Support of same, ECF No. 48, are hereby STRICKEN.

Defendants are thus relieved of their obligation to file a response or brief in opposition to Plaintiff's Motion for Reconsideration, and this Court's prior Text Order dated May 19, 2026, is VACATED.

Defendants shall file a response to Plaintiff's Amended Complaint, on or before _____, \_\_\_\_, 2026.

IT IS FURTHER ORDERED that the following sanction(s) are levied against Plaintiff:

 

                                            _____

                                            Marilyn J. Horan
                                            United States District Court Judge